IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,** | : CIVIL ACTION |
| Plaintiff, | : NO. 3:18-CV-01114-MPS |
| v. | : November 5, 2018 |
| **JORGE L. PEREZ, in his official capacity as Commissioner of the Connecticut Department of Banking,** | : |
| the **CONNECTICUT DEPARTMENT OF BANKING,** | : |
| **BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,** | : |
| and | : |
| the **UNITED STATES DEPARTMENT OF EDUCATION,** | : |
| Defendants. | : |

## STATEMENT OF COUNSEL RE: COMPLIANCE WITH LOCAL RULE 26(F)

Pursuant to the Court's Order of October 23, 2018, counsel of record jointly submit that the parties' failure to comply with Local Rule 26(f) is attributable to inadvertence. Counsel of record regret this isolated oversight and submit that no sanction is necessary to impress upon counsel the importance of scrupulous adherence to Local Rule 26(f) and all other applicable Local Rules and Rules of Court.

| Dated: November 5, 2018 | /s/ John C. Grugan |
| --- | --- |
| | John C. Grugan (admitted *pro hac vice*) |
| |   gruganj@ballardspahr.com |
| | /s/ Burt C. Rublin |
| | Burt M. Rublin (*admitted pro hac vice*) |
| |   rublinb@ballardspahr.com |
| | /s/ Thomas F. Burke |
| | Thomas F. Burke (*admitted pro hac vice*) |
| |   burket@ballardspahr.com |
| | /s/ Eleanor Bradley Huyett |
| | Eleanor Bradley Huyett (*admitted pro hac vice*) |
| |   bradleyem@ballardspahr.com |
| | **BALLARD SPAHR LLP** |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 665-8500 |
| | Facsimile: (215) 864-8999 |
| | |
| | /s/ David A. Schulz |
| | David A. Schulz (CT #439467) |
| |   schulzd@ballardspahr.com |
| | **BALLARD SPAHR LLP** |
| | 1675 Broadway, 19th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 850-6103 |
| | Facsimile: (212) 223-1942 |
| | |
| | *Attorneys for Plaintiff Pennsylvania Higher Education Assistance Agency* |

Dated: November 5, 2018

/s/ Joseph Chambers
Joseph Chambers (ct26948)
joseph.chambers@ct.gov
/s/ James Caley
James Caley (ct16768)
james.caley@ct.gov
/s/ John Langmaid
John Langmaid (ct26948)
john.langmaid@ct.gov
Office of the Connecticut Attorney General
55 Elm Street
Hartford, CT 06141
Telephone: 860-808-5450
Facsimile: 860-772-1709

*Attorneys for Defendants Jorge L. Perez and the Connecticut Department of Banking*

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
/s/ Michael Drezner
MICHAEL DREZNER
Trial Attorney (V.A. Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. St. NW
Washington, D.C. 20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8202
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Federal Defendants*