IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,** : | **CIVIL ACTION** |
| Plaintiff, : | NO. 3:18-CV-01114-MPS |
| v. : | August 23, 2019 |
| **JORGE L. PEREZ, in his official capacity as Commissioner of the Connecticut Department of Banking,** : | |
| **the CONNECTICUT DEPARTMENT OF BANKING,** : | |
| **BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,** : | |
| and : | |
| **the UNITED STATES DEPARTMENT OF EDUCATION,** : | |
| Defendants. : | |

### UNOPPOSED MOTION OF PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY FOR CONTINUANCE OF AUGUST 29, 2019 CONFERENCE

Pursuant to Rule 7(b) of the Local Rules of the District of Connecticut, Plaintiff Pennsylvania Higher Education Assistance Agency ("PHEAA") hereby moves for a continuance of the August 29, 2019 status conference. Specifically, PHEAA requests that the Court continue the status conference to either September 17 or September 19. Counsel for Jorge Perez, the Connecticut Department of Banking, Betsy DeVos, and the United States Department of Education (collectively with Ms. DeVos, the "Federal Defendants") do not oppose this motion. As grounds for the motion, PHEAA states as follows:

1. On October 29, 2018, the Federal Defendants filed a motion to dismiss PHEAA's amended complaint.

2. PHEAA opposed the motion on November 30, 2018 and the motion to dismiss was fully briefed with the filing of the Federal Defendants' reply brief on December 14, 2018.

3. On August 20, 2019, this Court issued an order setting a status conference for August 29, 2019 at 10 a.m. to discuss certain issues relating to the pending motion.

4. Good cause for a brief continuance of the August 29 status conference exists in light of preexisting international travel obligations of counsel for PHEAA that will prevent counsel from adequately preparing for and participating in the discussion requested by the Court.

5. Undersigned counsel has conferred with the non-moving parties, through counsel, and no party objects to this Motion. Undersigned counsel solicited convenient dates from counsel for the non-moving parties to reschedule the status conference between September 9 and September 20. The dates on which counsel for all parties are available are September 17 and September 19.

6. No continuances have previously been sought by any party with respect to the instant status conference.

WHEREFORE, PHEAA respectfully requests that this Court grant its motion for continuance and reset the August 29 status conference for either September 17 or September 19.

Dated:  August 23, 2019

Respectfully submitted,

/s/ Thomas F. Burke
John C. Grugan (*admitted pro hac vice*)
  gruganj@ballardspahr.com
Burt M. Rublin (*admitted pro hac vice*)
  rublinb@ballardspahr.com
Thomas F. Burke (*admitted pro hac vice*)
  burket@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

David A. Schulz (CT #439467)
  schulzd@ballardspahr.com
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 850-6103
Facsimile: (212) 223-1942

*Attorneys for Plaintiff Pennsylvania Higher Education Assistance Agency*