## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>*Plaintiff*,<br><br>v.<br><br>PEREZ *et at.*,<br><br>*Defendants*. | No. 3:18-cv-1114 (MPS) |

## SCHEDULING ORDER

The Court has reviewed the parties' supplemental Rule 26(f) Report, ECF No. 62, and

orders that the following deadlines shall apply:

- Dispositive motions are due by **November 20, 2019.** Any party that wishes to file a dispositive motion must do so by this deadline. Any responses shall be filed by **December 20, 2019**. Any replies shall be filed by **January 10, 2020**. No sur-replies will be permitted. The Federal Defendants may file a statement indicating their position, if they so choose, **by December 20, 2019**, and a supplemental statement indicating their position, if they so choose, by **January 10, 2020.** The page limits set forth in the local rules apply to such statements, as well as to all briefs.

- The Federal Defendants state that "[t]he waiver of sovereign immunity on which the Court relied, section 702 of the APA, by its own terms applies only in actions that state a claim against 'an agency or an officer or employee [of the United States]', which this case does not." ECF No. 62 at 3. Because this particular objection to the Court's subject matter jurisdiction was not briefed by the parties previously, and because the Court has an obligation to ensure that it has subject matter jurisdiction, the Court hereby orders the following additional briefing. The Plaintiff shall file by **November 20, 2019** a brief explaining why sovereign immunity does not require dismissal of the Federal Defendants as parties in light of (1) the Court's ruling that the complaint does not state a claim against them; and (2) the following quoted language in 5 U.S.C. § 702: "An action in a court of the United States seeking relief other than money damages and *stating a claim* that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed . . . on the ground that it is against the United States or that the United States is an indispensable party" (emphasis added). This brief shall be limited to 20 pages. The Federal Defendants may file a response by **December 20, 2019** setting forth their position on the same issue. This response shall also be limited to 20 pages.

- If the case is not resolved on summary judgment, the joint trial memorandum will be due **thirty (30) days** from the date of the Court's decision on the motion.

- The case will be considered trial ready **thirty (30) days** after the filing of the joint trial memorandum.


IT IS SO ORDERED.

/s/ _____

Michael P. Shea, U.S.D.J.

Dated:          Hartford, Connecticut
                    October 3, 2019