UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br>    *Plaintiff,* | : <br> : <br> : <br> : |
| VS. | :    3:18CV1114 (MPS) <br> : |
| JORGE L. PEREZ, COMMISSIONER OF THE CONNECTICUT DEP'T OF BANKING, THE CONNECTICUT DEP'T OF BANKING, BETSY DEVOS, SECRETARY OF THE U.S. DEP'T OF EDUCATION, AND THE U.S. DEP'T OF EDUCATION.<br>    *Defendants.* | : <br> : <br> : <br> : <br> : <br> :    NOVEMBER 20, 2019 |

## THE STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The State Defendants, by and through their undersigned counsel, and pursuant to Local Rule 7 of the United States District Court for the District of Connecticut, respectfully move pursuant to Federal Rule of Civil Procedure 56 (a) for summary judgment as more fully set forth in the attached Memorandum of Law.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANTS,

JORGE L. PEREZ,
COMMISSIONER OF
THE CONNECTICUT DEP'T
OF BANKING, AND THE
CONNECTICUT DEP'T OF BANKING

WILLIAM TONG
ATTORNEY GENERAL

Joseph Chambers (ct26948)
Assistant Attorney General
Finance Dep't Head

BY:    /s/ James W. Caley
James W. Caley (ct16768)
Assistant Attorney General
John Langmaid (ct29770)
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Federal Bar No. ct16768
james.caley@ct.gov
Tel: (860) 808-5461
Fax: (860) 772-1709

**CERTIFICATION**

I hereby certify that on November 20, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ James W. Caley
James W. Caley
Assistant Attorney General

2