IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | : |
| | : CIVIL ACTION |
| | : |
| Plaintiff, | : NO. 3:18-CV-01114-MPS |
| | : |
| v. | : |
| | : |
| JORGE L. PEREZ, COMMISSIONER OF THE CONNECTICUT DEPARTMENT OF BANKING, THE CONNECTICUT DEPARTMENT OF BANKING, BETSY DEVOS, SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION, and THE UNITED STATES DEPARTMENT OF EDUCATION, | : : : : : : : : |
| | : |
| Defendants. | : |

## AFFIDAVIT OF JAMES J. JARECKI, ESQ.
## IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Under penalty of perjury, I, James J. Jarecki, Esq., hereby affirm as follows:

1.       I am Associate Chief Counsel for plaintiff Pennsylvania Higher Education Assistance Agency ("PHEAA").   I submit this affidavit in support of PHEAA's Motion for Summary Judgment.

2.       Attached hereto as Exhibit A is a true and correct copy of PHEAA's contract with the U.S. Department of Education ("Education"), under which PHEAA services loans owned by Education and issued through the William D. Ford Federal Direct Loan Program, 20 U.S.C. §§ 1087a et seq. ("Direct Loans," or the "Direct Loan Program").

3.       Attached hereto as Exhibit B is a true and correct copy of email correspondence between myself and Mark LaVia, Soo Kang, Karen Mahon, and Lisa Tessitore of Education, dated November 7, 2017.

4.      PHEAA currently services federal and private student loans for approximately 85,000 borrowers residing in the State of Connecticut.  Approximately 78,000 of those borrowers have federal student loans owned by Education.

I affirm under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2019

_____
James J. Jarecki, Esq.

2