# EXHIBIT B

## Re: [external]RE: State of Connecticut Exam, loan servicing questionnaire and request for documents 📄

Daniel Weigle   to: LaVia, Mark                                                        11/07/2017 03:02 PM

Cc:  James J Jarecki, "Mahon, Karen", "Tessitore, Lisa", "Kang, Soo"

Thanks Mark.  There is information/procedures that are "shared" or "common" in some of the responses, meaning the procedures or management structure/resources will be the the same regardless of the portfolio.  Call monitoring/recording is a good example....our policies/procedures will be similar for both portfolios, so if we have to respond to this as a commercial servicer they'll indirectly get our Federal policies/procedures as well.  There are no concerns on the federal data being shared/requested.  We would only release that information if instructed by FSA.

Thanks,
Dan

| | |
|---|---|
| From: | "LaVia, Mark" <Mark.LaVia@ed.gov> |
| To: | Daniel Weigle <dweigle@pheaa.org>, "Kang, Soo" <Soo.Kang@ed.gov>, "Mahon, Karen" <Karen.Mahon@ed.gov> |
| Cc: | "Tessitore, Lisa" <Lisa.Tessitore@ed.gov>, James J Jarecki <jjarecki@pheaa.org> |
| Date: | 11/07/2017 01:47 PM |
| Subject: | [external]RE: State of Connecticut Exam, loan servicing questionnaire and request for documents |

Dan –

Just confirming our conversation from yesterday and that the direction provided to contact Soo/Karen directly and not release any information on ED held loans is still the correct process.  Can you please help me understand what you mean by your last statement?

Thanks.

Mark

**From:** Daniel Weigle [mailto:dweigle@pheaa.org]
**Sent:** Friday, November 03, 2017 9:02 AM
**To:** Kang, Soo; Mahon, Karen
**Cc:** LaVia, Mark; Tessitore, Lisa; James J Jarecki
**Subject:** State of Connecticut Exam, loan servicing questionnaire and request for documents

Hi Soo and Karen,

Please see the email below from the Connecticut Department of Banking.  We will direct the examiner to contact Soo and Karen for any information regarding the federal portfolio.  However, we may need to respond to some of the questions as a servicer of commercial loans, and there may be some information

we have to provide that is performed the same way in the federal portfolio.

Please let me know if you want to discuss.
Thanks,
Dan

| | |
|---|---|
| From: | "Lalor, Richard" <Richard.Lalor@ct.gov> |
| To: | "'jjarecki@pheaa.org'" <jjarecki@pheaa.org> |
| Date: | 11/03/2017 08:24 AM |
| Subject: | [external]State of Connecticut Exam |

Jim

Pursuant to my v/m, attached is documentation related to the limited scope exam the CT Department of Banking will be conducting.

FedLoan is required to answer only the highlighted items on the questionnaire.

Please call to discuss any items that may not be clear.

Regards

Richard Lalor
Associate Examiner
Consumer Credit Division
CT Department of Banking
260 Constitution Plaza
Hartford, CT 06103
860.240.8205
Fax-860.706.5731

Dan Weigle
Senior Vice President
FedLoan Servicing (PHEAA)
717.720.2955

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA