# EXHIBIT E

**Lalor, Richard**

| | |
|---|---|
| From: | James J Jarecki <jjarecki@pheaa.org> |
| Sent: | Thursday, November 09, 2017 8:52 AM |
| To: | Lalor, Richard |
| Subject: | State of Connecticut Exam - follow-up questions |

Rich:

Good morning. In reviewing the questionnaire, additional questions were raised, for which PHEAA seeks clarification.

Specifically related to IR 42.

- For (b)(2), please confirm the same directive that this question only seeks the total number of Conn. borrowers, and the collective loan balance, for all Conn. borrowers that were PSLF transfers during the months of August - October 2017, who were on an IBR plan.
- For (d), same -- Conn. only seeks the number of Conn. borrowers that were PSLF transfers b/w the months of August - October 2017 that were in forbearance at the time they were placed in an IDR plan with a $0 payment.
- For (f, g, and h), by "new application," does Conn. mean a new IBR application? or a PSLF application?
- For (i,j and k), by "recertification," does Conn. mean IBR recertification? or PSLF?

Separately, for purposes of production, FTP may be the easiest for PHEAA. Can you please provide me with whatever information Conn. usually provides for FTP so I can pass it along to PHEAA's IT department so they can start working on the FTP now?

Thanks

James J. Jarecki, Esq.
Associate Chief Counsel
AES/PHEAA Legal & Compliance Services
1200 N. 7th Street
Harrisburg, PA 17102
telephone # (717) 720-1568
fax # (717) 720-3911

---

From: "Lalor, Richard" <Richard.Lalor@ct.gov>
To: 'James J Jarecki' <jjarecki@pheaa.org>
Date: 11/07/2017 02:27 PM
Subject: [external]RE: State of Connecticut Exam

Jim

All requests relate "only" to CT borrowers and more specifically PSLF transfers.

Complaints......a list of CT complainants either filed directly with you, through the US Dept of Education, CFPB or any other entity starting 1/1/17 through October 31, 2017 regarding PSLF transfers. List should contain name, nature of complaint (i.e. excessive processing time, denials, etc.), date of complaint and date of resolution. If any of the complaints are coded, please provide the codes to us.

1

000177

All other loan documentation should be limited to CT residents, PSLF transfers, for August, September and October 2017.

Thank you

Rich

From: James J Jarecki [mailto:jjarecki@pheaa.org]
Sent: Tuesday, November 07, 2017 1:57 PM
To: Lalor, Richard <Richard.Lalor@ct.gov>
Subject: State of Connecticut Exam

Rich:

I acknowledge receipt of the request.

In reviewing the request, however, I was not sure whether the questions were simply limited to the PSLF transfers? or are the questions applicable to the PHEAA loan servicing as a whole? For example, questions on borrower complaints. Should the response be limited to CT borrower complaints from August 2017-October 2017 for PSLF transfers? or do you want all CT borrower complaints, no matter what topic?

Separately, please also confirm all requests only relate to CT borrowers? I do believe somewhere in the questionnaire I saw a reference to "all" borrowers, but I assume CT is only interested (and wants) documents related to CT borrowers?

James J. Jarecki, Esq.
Associate Chief Counsel
AES/PHEAA Legal & Compliance Services
1200 N. 7th Street
Harrisburg, PA 17102
telephone # (717) 720-1568
fax # (717) 720-3911

From:     "Lalor, Richard" <Richard.Lalor@ct.gov>
To:       "'jjarecki@pheaa.org'" <jjarecki@pheaa.org>
Date:     11/03/2017 08:24 AM
Subject:  [external]State of Connecticut Exam

Jim

Pursuant to my v/m, attached is documentation related to the limited scope exam the CT Department of Banking will be conducting.

FedLoan is required to answer only the highlighted items on the questionnaire.

Please call to discuss any items that may not be clear.

Regards

Richard Lalor
Associate Examiner
Consumer Credit Division
CT Department of Banking
260 Constitution Plaza

2

000178

Hartford, CT 06103
860.240.8205
Fax-860.706.5731
[attachment "fedloan firstdayletter.pdf" deleted by James J Jarecki/AES] [attachment "Managers Questionnaire for SLS.docx" deleted by James J Jarecki/AES]

---

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA

000179

| STUDENT LOAN SERVICER MANAGEMENT QUESTIONNAIRE AND INFORMATION REQUEST ||
|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 ||

This request asks for information and documents relating to acitivites conducted under the tradename FedLoan

If you have any questions about this request, please contact, Richard Lalor Examiner in Charge (EIC), at 860.240.85205 or Richard.lalor@ct.gov.

All HIGHLIGHTED questions only are to be answered. Unless otherwise specified, please reflect information for CONNECTICUT as appropriate to the question.

After you have completed this request, please make your response available by secure electronic means (e.g., FTP site, encrypted hard drive, encrypted e-mail). If necessary, contact the EIC for additional instructions.

## I. General Information

**INSTRUCTIONS:** Label each document with the number in the left column.

| | |
|---|---|
| IR 01 | State the name under which the entity is licensed. If different for different states, list each as appropriate. |
| IR 02 | List all "doing business as" (d/b/a) or "other trade names" under which the business is conducted for each state as appropriate. |
| IR 03 | Provide the following information for the contact person for this examination:<br>• Name and title;<br>• Business address;<br>• Telephone number;<br>• Facsimile number;<br>• E-mail address. |
| IR 04 | Provide the following information for the entity's principal office referenced in IR 01:<br>• Business address;<br>• Telephone number;<br>• Facsimile number;<br>• E-mail address;<br>• Website address. |

| | STUDENT LOAN SERVICER<br>MANAGEMENT QUESTIONNAIRE<br>AND INFORMATION REQUEST | |
|---|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 | | |

| | |
|---|---|
| IR 05 | Provide the mailing address if different than in IR 04 above. |
| IR 06 | Provide the address where the books and records are maintained if different than in IR 04 above. Also, provide the address/location where payments are processed if different than in IR 04 above. |

| | II. Regulatory/Compliance |
|---|---|
| | INSTRUCTIONS: Label each document with the number in the left column. |
| IR 07 | Provide a list of the state or jurisdictions in which the entity conducts student loan servicing. Identify if the entity is licensed, registered, exempted by statute, or otherwise not required to be licensed or registered in each of those states. List each address licensed reflecting applicable license numbers (Nationwide Multi-State Licensing System ("NMLS") number(s), if applicable). |
| IR 08 | Indicate how the entity is organized, Sole Proprietorship, Partnership, Corporation, S Corporation, C Corporation, Limited Liability Company or Other (specify): |
| IR 09 | Provide an organizational chart detailing relationships of the licensed entity, showing ownership, parent, subordinate and/or affiliate relationships as applicable. |
| IR 10 | Provide a management chart showing the entity's divisions and managers along with a brief description of each department or group. Provide the number of active employees within each department or group along with management oversight responsibilities. |
| IR 11 | Provide a list of all entity employees by title/position. |
| IR 12 | Describe who is responsible for oversight of the servicing staff. Provide details as to who conducts evaluations and training, and the frequency of such. |

**STUDENT LOAN SERVICER**
**MANAGEMENT QUESTIONNAIRE**
**AND INFORMATION REQUEST**

| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
|---|---|
| Review Period: August, September, October 2017 | |

| | |
|---|---|
| IR 13 | Provide a copy of the minutes from the corporate meeting(s) for the last 12 months, if applicable. |
| IR 14 | Provide a list of any other business(es) conducted from the licensed location(s). |

## III. Policies and Procedures

| | |
|---|---|
| IR 15 | Provide copies of the following policies/procedures:<br>• Call monitoring/recording;<br>• Payment processing;<br>• Credit Bureau reporting;<br>• Data Security/Physical security;<br>• Employee manual;<br>• Human Resource manual;<br>• Outside vendor contracts/monitoring;<br>• Loan transfer (if applicable);<br>• Payment posting and allocation;<br>• Policies/procedures related to student loan repayment options such as standard repayment plans, non-standard repayment plans, loan modifications, loan consolidations, forbearance, deferment, public service loan forgiveness and loan dishcharges;<br>• Record retention; |

## IV. Reportable Actions

| | |
|---|---|
| IR 16 | a) Has the entity or any officer, principal, partner, owner, director or employee ever been denied a license/registration or approval by any state or federal governmental agency to engage in any regulated activity?  ☐ YES   ☐ NO<br><br>If YES, provide details and copies of applicable documentation.<br><br>b) Has the entity been the subject of material litigation or any litigation related to consumer protection or financial service business issues? Material litigation is defined as significant to the financial condition of the agency such as a class action suit.  ☐ YES   ☐ NO |

000182

| | **STUDENT LOAN SERVICER**<br>**MANAGEMENT QUESTIONNAIRE**<br>**AND INFORMATION REQUEST** | |
|---|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 | | |

| | | | |
|---|---|---|---|
| | If YES, provide details and copies of applicable documentation. | | |
| IR 17 | Has the entity or any officer, principal, partner, owner, director or employee ever had a license/registration, to engage in any regulated activity, suspended or revoked or otherwise restricted by any state or federal governmental agency?<br><br>If YES, provide details and copies of applicable documentation. | ☐ YES | ☐ NO |
| IR 18 | a) Has the entity or any officer, principal, partner, owner, director or employee ever been the subject of any administrative action by any state or federal governmental or regulatory agency? | ☐ YES | ☐ NO |
| | b) Has any such administrative action resulted in the payment of fines or penalties? | ☐ YES | ☐ N |
| | c) Has any such administrative action resulted in required consumer refunds? | ☐ YES | ☐ NO |
| | If YES to any of the above, provide details and copies of applicable documentation. | | |
| IR 19 | Is the entity currently under investigation by any municipal, state or federal government agency?<br><br>If YES, provide details? | ☐ YES | ☐ NO |
| IR 20 | a) Has the entity or any officer, principal, partner, owner, director or employee ever been a defendant or been indicted in any criminal or civil litigation (exclusive of motor vehicle or divorce)? | ☐ YES | ☐ NO |
| | b) Has there been a conviction or judgment that has resulted from the litigation referenced in paragraph a? | ☐ YES | ☐ NO |
| | If YES to any of the above, provide details and copies of applicable documentation. | | |
| | Has any officer, principal, partner, owner, director or employee criminally | | |

000183

| STUDENT LOAN SERVICER<br>MANAGEMENT QUESTIONNAIRE<br>AND INFORMATION REQUEST | |
|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 | |

| | |
|---|---|
| IR 21 | misused, embezzled, absconded with or willfully misapplied any funds or valuables for which the entity was responsible?   ☐ YES   ☐ NO<br><br>If YES, provide details and copies of applicable documentation. |
| IR 22 | Has the entity ever had a claim filed against its surety bond, letter of credit or other similar instrument?   ☐ YES   ☐ NO<br><br>If YES, provide details and copies of applicable documentation. |

| V. Complaint History | |
|---|---|
| **INSTRUCTIONS:** Label each document with the number in the left column. | |
| IR 23 | Provide a list of all consumer debtor complaints filed against the entity in the past 4 months to include both written and verbal. This must be in excel format and must contain the following:<br>• Complainant name (Last, First);<br>• Complainant address, including state;<br>• Complainant account number;<br>• Client name;<br>• Summary of complaint and response;<br>• Complaint resolution; |
| IR 24 | Provide a list of all Connecticut complaints from any Federal, State or BBB inquiries containing the same information and in the same excel format as above if not already included in your response to IR26. |

| **STUDENT LOAN SERVICER** |
|---|
| **MANAGEMENT QUESTIONNAIRE AND INFORMATION REQUEST** |
| Entity Name: Pennsylvania Higher Education Assistance Agency     NMLS Number: 1619466 |
| Review Period: August, September, October 2017 |

| | |
|---|---|
| IR 25 | Provide a detailed summary on how the company administers consumer complaints/inquiries, including:<br>• A flow chart of the companies, groups, and channels involved in consumer complaints/inquiries;<br>• Contact information of the individual(s) responsible for policies, procedures and oversight of consumer complaints/inquiries;<br>• Response times for complaints/inquiries received through various channels such as phone, mail and/or internet;<br>• A detailed description of the process for receiving complaints directly from consumers, state or federal sources including when complaints received directly from consumers are escalated, adjusting consumer accounts based on complaints (favorable/unfavorable);<br>• The process the company uses to report consumer complaints to the Department of Education;<br>• Identify the current system in place to track the progress of consumer complaints. |
| IR 26 | Provide a list of Connecticut litigation filed against consumers within the past 12 months in excel format, to include the following:<br>• Debtor name, address and account number;<br>• A brief summary of the complaint;<br>• Disposition of the suit;<br>• Amount of judgment, if applicable. |
| IR 27 | Provide a list of form letters sent to consumers in relation to complaints regarding student loans serviced by the company, including acknowledgement of receipt, adjustments, denials and requests for additional information for various complaint types. |

| **VI. Servicing** |
|---|
| **INSTRUCTIONS: Label each document with the number in the left column.** |

| | |
|---|---|
| IR 28 | Provide a list of the third party collection agencies utilized for Connectiut transactions during the last 12 months. |
| IR 29 | Provide, as of the most recent month-end, the total number of accounts and dollar amount of Connecticut student loan debt the entity is attempting to collect. |

000185

| | **STUDENT LOAN SERVICER**<br>**MANAGEMENT QUESTIONNAIRE**<br>**AND INFORMATION REQUEST** | |
|---|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 | | |

| | |
|---|---|
| IR 30 | Provide a copy of all form letters, bills and responses to all payoff requests utilized by the entity on behalf of Connecticut debtors for servicing both current and delinquent accounts. This request must include the front and back of each letter, as well as envelopes. Ensure letters are numbered or identified by title. |
| IR 31 | If the entity utilizes an automated telephone dialer or dialing system, provide a copy of all dialer message content(s) and all scripts. Identify each script. |
| IR 32 | Provide a list of all action codes and abbreviations, in alphabetical order, used by the entity in any of your system records to service student loans, such as "LM" for left message, along with an explanation of each code. |
| IR 33 | Provide recordings of actual calls as described by the following:<br>• 10 calls with contact to debtors;<br>• 5 calls where a message was left;<br>• 5 calls made to a third party. |
| IR 34 | Provide a description of any servicing activities conducted through your website, including client access to accounts and consumer payment options. Include in your response, the names of companies providing payment processing and gateway services if applicable. |
| IR 35 | Provide a copy of a standardized loan servicing contracts. |
| IR 36 | Provide a listing of any and all fees imposed on debtors by your organization, your clients, or any third party processor during the previous 12 months. The listing should include any collection costs, ACH fees, credit card fees, pay-by-phone fees, returned check fees, or any other fee. In excel spreadsheet format and broken down for each participating examination state, the list must include the following:<br>• Individual debtor;<br>• Date;<br>• Dollar amount of fee;<br>• Type of fee. |

| | STUDENT LOAN SERVICER MANAGEMENT QUESTIONNAIRE AND INFORMATION REQUEST | |
|---|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 | | |

## VII. Financial

**INSTRUCTIONS:** Label each document with the number in the left column.

| | |
|---|---|
| IR 37 | If the entity has had other external audits conducted within the past year (municipal, state, or federal regulatory body, client or other) provide copies. |
| IR 38 | Provide the name and address of the entity's current accounting firm. Has the entity changed accounting firms within the last year? If yes, provide details. |
| IR 39 | Provide a listing of all bank accounts utilized by the entity during the past 12 months. Include:<br>• Name and address of the depository institution;<br>• Account number;<br>• Type of account; and<br>• Purpose of each account |

## VIII. Payments/Debtor History

**INSTRUCTIONS:** Label each document with the number in the left column.

| | |
|---|---|
| IR 40 | Provide a listing of all payments collected for the review period. This must be in excel format and must include the debtor name, account number, payment date, payment type, payment amount, education loan product type and the applicable state. Also, include a list of transaction codes and explanations.<br><br>Subsequently, the EIC will make a sample selection of accounts from the list provided for which you will be required to provide complete account records.<br>For those payments selected the entity will be required to provide the following:<br>    1. debtor account histories with comments, payment histories and all applicable communications (include a description of all comment and payment codes)<br>    2. documentation of the applicable debt obligation and its terms (i.e. promissary note, loan modification documention including any pertinent disclosures)<br>    3. any and all underwriting information and disclosure documentation relative to the original loan agreement and subsequent loan modifications including but not limited to authorized repayment plans. |

| STUDENT LOAN SERVICER MANAGEMENT QUESTIONNAIRE AND INFORMATION REQUEST ||
|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 ||

| IR 41 | Provide a sample copy of a periodic billing statement for each individual loan product offered to consumers. |
|---|---|

**IX.   Student Loan Servicing Portfolios**

**INSTRUCTIONS: Label each document with the number in the left column.**

| IR 42 | Metrics on the Company's student loan servicing portfolios:<br><br>a. The number of student loan borrowers and total loan balance the Company services as of the end of the review period, broken down by account type (Direct Loan, ED-held FFELP, Commercial Loans, Private Loans, Perkins loans, etc.)<br><br>b. The number of student loan borrowers and total loan balance in the following repayment plans (broken down by account type):<br>    1. Standard Repayment<br>    2. Income-Based Repayment, (PSLF)<br>    3. Income-Contingent Repayment,<br>    4. Pay As You Earn,<br>    5. Revised Pay As You Earn,<br>    6. Graduated Repayment<br>    7. Extended Repayment<br><br>c. The number of student loan borrowers and total loan balance in the following forbearance and deferment options (broken down by account type):<br>    1. Mandatory forbearance<br>    2. Discretionary forbearance<br>    3. Unemployment deferment<br>    4. Economic hardship deferment<br>    5. Military deferment<br><br>d. The number of borrowers that were in forbearance at the time they were placed in an IDR (PSLF) plan with $0 payments.<br><br>e. The number of new applications received for each option listed in (b) and (c) during the review period (broken down by account type). |
|---|---|

| STUDENT LOAN SERVICER |
|---|
| MANAGEMENT QUESTIONNAIRE |
| AND INFORMATION REQUEST |

| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
|---|---|
| Review Period: August, September, October 2017 | |

    f. The number of new applications approved for each highlited option listed in (b) and (d) during the review period

    g. The number of new applications denied for each option listed in (b) and (d) during the review period (broken down by account type).

    h. The number of new applications deemed incomplete for each option listed in (b) and (d) during the review period (broken down by account type).

    i. The number of recertification applications received for each option listed in (b)

    j. The number of recertification's approved for each option listed in (b).

    k. The number of recertification's denied for each option listed in (b)(2-5), broken down by account type.

    l. The number of recertification's deemed incomplete for each option listed in (b)(2-5), broken down by account type.

    m. The number of borrowers whose 12-month period expired during the review period for each option listed in (b)(2-5), broken down by account type.

    n. The number of borrowers who recertified on time for each option listed in (b)(2-5), broken down by account type.

    o. The number of student loan borrowers (broken down by account type) repaying using automatic, recurring payments as of the end of the review period.

| STUDENT LOAN SERVICER MANAGEMENT QUESTIONNAIRE AND INFORMATION REQUEST ||
|---|---|
| Entity Name: Pennsylvania Higher Education Assistance Agency | NMLS Number: 1619466 |
| Review Period: August, September, October 2017 ||

# CERTIFICATION

_____, certifies that he/she is
(Name of Authorized Representative)

_____ , of _____ and that
(Title of Authorized Representative)                        (Name of Entity)

the foregoing answers, all information contained in attached supplemental schedules, and all other documentation submitted in response to this questionnaire is true and correct in all respects to the best of his/her knowledge and belief.

Certified this\_\_\_\_ day of_____, 20\_\_\_

_____
(Signature of Authorized Representative)