# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | |
| Plaintiff, | Civil Action No. 3:18-cv-1114 (MPS) |
| v. | |
| JORGE L. PEREZ, in his official capacity as Commissioner of the Connecticut Department of Banking, | |
| CONNECTICUT DEPARTMENT OF BANKING, | |
| BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education, | |
| and | |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

## DECLARATION OF BARRY S. GOLDSTEIN

I, Barry S. Goldstein, declare the following to be a true and correct statement of facts:

1.  I am over the age of 18 and competent to testify to the matters herein.

2.  I am employed by the United States Department of Education's (Education's) Federal Student Aid (FSA) office as the Chief Data Officer.  In this capacity, I am responsible for the Enterprise Data Warehouse and Analytics (EDWA) system and FSA's Data Request

1

Fulfillment Team.  I make the following statements based on my personal knowledge and upon information furnished to me in the course of my official duties.

3. The following information is based on a review of information compiled from EDWA, which serves as a repository for information regarding FSA's student financial aid programs, including information on outstanding loan balances from the federal student aid portfolio.  EDWA is FSA's centralized platform for analytics and reporting data on federal student aid lifecycle data.

4.  Based on data queried from Education's EDWA system, as of September 30, 2019, Education managed a balance of approximately $13.7 billion in federal student loan principal and interest owed by borrowers with a mailing address located in the State of Connecticut.  These loans relate to approximately 404,600 individual borrowers.  This outstanding balance includes Direct Loans and Federal Family Education Loan Program (FFELP) loans owned by Education.  It does not include FFELP loans owned by lenders. Education also holds Federal Perkins Loans from borrowers with a mailing address in the State of Connecticut that are not included in this total.

5.  Education contracts with nine student loan servicers to service Direct Loans and Education-held FFELP loans:

- Great Lakes Education Loan Services, Inc.;
- Higher Education Servicing Corporation (all servicing done under the name "EdFinancial Services");
- Missouri Higher Education Loan Authority (MOHELA);

- Missouri Higher Education Loan Authority (MOHELA);

- New Hampshire Higher Education Loan Corporation (NHHELC) (servicing Federal student loans through Granite State Management and Resources);

- Navient, L.L.C.;

- Nelnet Servicing, L.L.C.;

- Oklahoma Student Loan Authority (OSLA);

- Pennsylvania Higher Education Assistance Agency (PHEAA) (services Federal student loans through the brand "FedLoan Servicing"); and

- Utah Higher Education Assistance Authority (services Federal student loans through its CornerStone Education Loan Services program).

All nine servicers currently service loans for borrowers with a mailing address in the State of Connecticut.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. §1746, that the foregoing is based on information prepared and validated by multiple subject matter experts and is true and correct to the best of my knowledge.

Executed on the 19th day of December 2019.

Barry S. Goldstein