Civil- (Dec-2008)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson
RPTR/ECRO/TAPE J. Monette
TOTAL TIME: ___ hours 58 minutes
DATE: April 14, 2020   START TIME: 10:03   END TIME: 11:01
LUNCH RECESS   FROM: ____ TO: ____
RECESS (if more than ½ hr)   FROM: ____ TO: ____

CIVIL NO. 3:18CV1114 (MPS)

PHEAA

vs

PEREZ, et al

Grugan
Plaintiff's Counsel

Caley / Kopplin
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ZOOM   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#64   Motion for Summary Judgment by pltf    ☐ granted ☐ denied ☑ advisement
☑ .....#65   Motion for Summary Judgment by state defts    ☐ granted ☐ denied ☑ advisement
☐ .....#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   _____    ☐ filed ☐ docketed
☐ ..........   Hearing continued until ____ at ____

Notes: